```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Criminal No. 10-9(1)(MJD/SRN)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SEALING DOCUMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| KOU LEE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion To Seal Document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED**, that the Government's Motion for Sealing is granted.

Dated: January 5, 2011

                                        s/ Michael J. Davis
                                        The Honorable Michael J. Davis
                                        Chief U.S. District Court Judge